# United States District Court
## Southern District of Georgia

TERESA ANN BALDWIN,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 117-019

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated April 9, 2018 adopting the Report and Recommendation as the opinion of the Court, Plaintiff's objections are overruled and the Acting Commissioner's final decision is affirmed. This case stands closed.



| 4/9/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Jamie Hodge*
(By) Deputy Clerk